The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC,<br><br>Defendant. | NO. 18-cv-01514-BJR<br><br>STIPULATION AND ORDER EXTENDING ANSWER DEADLINE |

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate and agree that the deadline for Defendant Double Down Interactive, LLC to answer Plaintiff's Complaint for Declaratory Relief is Wednesday, November 28, 2018.

The parties hereto respectfully request that the Court enter the below Proposed Order.

STIPULATION AND ORDER EXTENDING ANSWER DEADLINE - 1
No. 18-cv-01514-BJR

**GORDON TILDEN THOMAS CORDELL**
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 29th day of October, 2018.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendant Double Down Interactive, LLC

By   s/ *Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Guin Becker Bogusz, WSBA #52937
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
gbogusz@gordontilden.com

DATED this 29th day of October, 2018.

**COZEN O'CONNOR**
Attorneys for Plaintiff

By   s/ *Jonathan Toren*
Jonathan Toren, WSBA #46896
999 Third Avenue, Suite 1900
Seattle, WA 98104
206.340.1000
jtoren@cozen.com


Angelo G. Savino, *Admitted Pro Hac Vice*
45 Broadway, Suite 1600
New York, NY 10006
212.908.1248
asavino@cozen.com

STIPULATION AND ORDER EXTENDING ANSWER DEADLINE - 2
No. 18-cv-01514-BJR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

# ORDER

For good cause shown and based on the above Stipulation of the parties hereto, the Court orders as follows:

1. The deadline for Defendant Double Down Interactive, LLC to answer the complaint is Wednesday, November 28, 2018.

DATED: This 2nd day of November, 2018.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER EXTENDING ANSWER DEADLINE - 3
No. 18-cv-01514-BJR

**GORDON TILDEN THOMAS CORDELL**
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477