THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC,<br><br>Defendant. | Case. No.: 18-cv-01514-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE COMBINED REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Noted on motion calendar: February 11, 2019** |

Plaintiff Navigators Specialty Insurance Company ("Navigators") and Defendant Double Down Interactive, LLC ("Double Down") jointly request an extension of time in which Navigators may file a combined brief in reply to Double Down's Opposition to Navigators' Motion for Summary Judgment [Dkt. #16] and in opposition to Double Down's Cross-Motion for Summary Judgment [Dkt. #18].

STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE COMBINED REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Pursuant to the Court's Standing Order for Civil Cases [Dkt. #15], Navigators' reply to Double Down's Opposition is due within fourteen (14) days after Double Down's Opposition was filed; *i.e.*, by February 14, 2019. Navigators' opposition to Double Down's Cross-Motion for Partial Summary Judgment is due within 21 days; *i.e.*, by February 21, 2019. Through this stipulated motion, Navigators seeks to file a combined reply and opposition brief of no more than 30 pages **on February 21, 2019**. Double Down's deadline for filing a reply in support of its Cross-Motion would remain March 7, 2019.

Dated: February 11, 2019.

                                    Respectfully submitted,

                                    COZEN O'CONNOR

By:   */s/ Jonathan Toren*
      Jonathan Toren, WSBA No. 46896
      999 Third Avenue, Suite 1900
      Seattle, Washington 98104
      Telephone: 206.340.1000
      Toll Free Phone: 800.423.1950
      Facsimile: 206.621.8783
      E-mail: jtoren@cozen.com

      Angelo G. Savino (*Pro Hac Vice*)
      45 Broadway, 16th Floor
      New York, NY 10006
      Telephone: (212) 908-1248
      Toll Free Phone: 800.437.7040
      Facsimile: (212) 509-9492
      E-Mail: asavino@cozen.com

      *Attorneys for Plaintiff*
      *Navigators Specialty Insurance Company*

GORDON TILDEN THOMAS & CORDELL LLP

By  */s/Franklin D. Cordell (signed with permission*_____
Franklin D. Cordell, WSBA #263292

STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE COMBINED REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Guinevere Becker Bogusz, WSBA #52937
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
gbogusz@gordontilden.com

*Attorneys for Defendant*
*Double Down Interactive, LLC*

STIPULATED MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO FILE COMBINED REPLY IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2019, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 11th day of February, 2019.

                COZEN O'CONNOR

By:   */s/ Jonathan Toren*
      Jonathan Toren
      Cozen O'Connor
      999 Third Avenue, Suite 1900
      Seattle, Washington 98104
      Telephone: 206.340.1000
      Toll Free Phone: 800.423.1950
      Facsimile: 206.621.8783
      Email: jtoren@cozen.com

STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE COMBINED REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000